DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone:    (702) 388-6336

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>          Plaintiff,                              )<br>                                                            )<br>          v.                                            )<br>                                                            )<br> VAKHTANG GASPARIAN,              )<br>                                                            )<br>          Defendant.                          )<br>_____ ) | 2:08-cr-00307-PMP-PAL<br><br>**ORDER OF DISMISSAL** |

Pursuant to Rule 48 (a) of the Federal Rules of criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby quashes arrest warrant and dismisses without prejudice the charges brought against defendant VAKHTANG GASPARIAN that are contained in the above-captioned Indictment which was returned on November 18, 2008.

DATED:   __4th__  day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE